UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESSICA DUNCAN,<br><br>　　　　Defendant. | No. 2:18-cv-3020 MCE CKD P<br><br><br><br>ORDER |

Defendant Duncan has filed a request to opt out of the court's post-screening ADR project. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Duncan's request to opt out of the court's post-screening ADR project is granted;

2. The stay imposed in this action on March 29, 2019 is lifted; and

3. Defendant Duncan shall file her response to plaintiff's complaint within 14 days.

Dated: May 13, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
toma3020.oo