UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSICA DUNCAN, et al.,,<br><br>    Defendants. | No.  2:18-cv-3020 MCE CKD P<br><br>ORDER |

    Plaintiff has requested a second extension of time to propound requests for discovery. Good cause appearing, plaintiff's request will be granted.  Plaintiff is informed this will be the final request for an extension granted absent a specific showing as to the information sought through discovery, why such information is relevant to plaintiff's remaining claims, and that it was not possible for plaintiff to seek the information before the expiration of the deadline for serving requests for discovery.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time (ECF No. 52) is granted; and

    2. All deadlines established in the court's December 2, 2019 scheduling order are extending as follows:

        A. The parties may conduct discovery until October 1, 2020.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to

Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

    B.  All pretrial motions, except motions to compel discovery, shall be filed on or before December 1, 2020.

Dated:  June 10, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
toma3020.mfe