UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI, | No. 2:18-cv-3020 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| JESSICA DUNCAN, et al., | |
| Defendants. | |

Plaintiff requests that the court order defendants to allow plaintiff to obtain legal assistance from a particular inmate at his prison. However, the court does not have the authority to enter such an order. Plaintiff also asks that the court to prohibit defendants' use of the transcript of plaintiff's deposition in future matters in these proceedings because defendants will not provide plaintiff with a copy of the transcript free of charge. Plaintiff's request will be denied as defendants are not required to provide plaintiff with free copies of deposition transcripts and plaintiff is not entitled to one just because he is proceeding in forma pauperis.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 27, 2020 "request for the court to compel defendants . . ." (ECF #58) is denied.

2. Plaintiff's August 27, 2020 "request to have the court prohibit plaintiff's deposition ..." (ECF #59) is denied.

Dated: October 5, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
toma3020.dep

2