UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI, | No. 2:18-cv-3020 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| JESSICA DUNCAN, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The California Department of Corrections and Rehabilitation (CDCR) moves to quash a subpoena served upon CDCR by plaintiff on August 24, 2020. ECF No. 62. In response to the motion, plaintiff has withdrawn the contested subpoena. ECF No. 65. Accordingly, the motion to quash will be denied as moot.

Also, plaintiff has filed a motion asking that defendant Huggard be compelled to respond to a subpoena. ECF No. 70. However, plaintiff fails to point to anything indicating a subpoena was ever served upon her. Therefore, that motion will be denied.[1]

/////

---

[1] The court notes that there is a motion to quash brought by CDCR with respect to a second subpoena served upon CDCR on September 21, 2020. ECF No. 66. That motion will be addressed by separate order.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to quash brought by the California Department of Corrections and Rehabilitation (ECF No. 62) on September 3, 2020 is denied as moot.

2. Plaintiff's January 21, 2021 motion to compel (ECF No. 70) is denied.

Dated:  February 23, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
toma3020.mtq