UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA DUNCAN, et al.,<br><br>Defendants. | No.  2:18-cv-3020 MCE CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that this matter be referred to the court's ADR project and set for a settlement conference.  Defendant Huggard has indicated she does not wish to participate in a settlement conference at this time.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion that this action be referred to the court's ADR project and set for settlement conference (ECF No. 71) is denied without prejudice to renewal at a later stage.

Dated:  March 4, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
toma3020.adr