UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI, | No. 2:18-cv-3020 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| JESSICA DUNCAN, et al., | |
| Defendants. | |

On February 24, 2021, the court ordered the California Department of Corrections and Rehabilitation to submit certain documents to the court for in camera review.  Documents were submitted on March 16, 2021 and the court has reviewed them.  Good cause appearing, IT IS HEREBY ORDERED that within 7 days the California Department of Corrections and Rehabilitation shall serve upon plaintiff the documents provided to the court on March 16, 2021.

Dated: March 18, 2021

_[signature]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
toma3020.serv

1