UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA DUNCAN, et al.,<br><br>Defendants. | No. 2:18-cv-3020 MCE CKD P<br><br><br><br>ORDER |

On April 30, 2021, plaintiff filed a sur-reply with respect to a pending motion for summary judgment filed by defendants. Under local rule 230(l), sur-replies are not permitted without leave. As plaintiff did not seek leave to file a sur-reply, his sur-reply will be stricken.

Also, it appears that plaintiff is attempting to assert a cross-motion for summary judgment in a document filed May 3, 2021. The deadline for filing motions for summary judgment passed on March 15, 2021 and plaintiff does not seek leave to file a motion for summary judgment. Accordingly, plaintiff's cross-motion for summary judgment will be stricken as well.

/////
/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 30, 2021 sur-reply is stricken; and

2. Plaintiff's May 3, 2021 cross motion for summary judgment is stricken.

Dated: June 4, 2021

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
toma3020.36