UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI, | No. 2:18-cv-3020 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| JESSICA DUNCAN, et al., | |
| Defendants. | |

On July 8, 2021, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 29, 2021, denying plaintiff's motion for a stay, denying plaintiff's motion for leave to file a sur-reply, striking the sur-reply filed by plaintiff on June 23, 2021, and denying plaintiff's motion for leave to file a motion for summary judgment. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///
///
///
///
///

1   Therefore, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration is
2   DENIED.
3   IT IS SO ORDERED.
4
5   DATED: July 22, 2021
6
7
8   _____
9   MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

2