1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL C. TOMASINI,                              No.  2:18-cv-3020 MCE CKD P

12                    Plaintiff,

13         v.                                        ORDER

14   JESSICA DUNCAN, et al.,

15                    Defendants.

16

17         Plaintiff has filed a motion for an extension of time to file objections to the court's

18   January 20, 2022, findings and recommendations.  Good cause appearing, IT IS HEREBY

19   ORDERED that:

20         1.  Plaintiff's motion for an extension of time (ECF No. 104) is granted; and

21         2.  Plaintiff is granted until March 11, 2022 to file objections to the court's January 20,

22   2022 findings and recommendations.

23   Dated:  February 8, 2022

24                                                   _____
                                                     CAROLYN K. DELANEY
25                                                   UNITED STATES MAGISTRATE JUDGE

26   1/kly
     toma3020.36
27

28