UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. TOMASINI, | No.  2:18-cv-03020-MCE-CKD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JESSICA DUNCAN, et al., | |
| Defendants. | |

Defendant Ashley Huggard's request for costs (ECF No. 111) is DENIED.  No costs shall be taxed.

IT IS SO ORDERED.

DATED:  May 25, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE